IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 17-031-01 |
| HAROLD COX | : | |

**O R D E R**

**AND NOW**, this 2nd day of June, 2017, upon consideration of Defendant Harold Cox's Motion to Suppress Physical Evidence and Statements (ECF No. 20), and all documents submitted in support thereof and in opposition thereto, and after a hearing held in open court, it is **ORDERED** that the Motion is **GRANTED**. All evidence obtained as a result of the stop of Defendant's vehicle by the Pennsylvania State Troopers on June 23, 2016, is **SUPPRESSED**.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**