IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | CRIMINAL NO. 17-31 |
| HAROLD COX | : | |

**ORDER**

AND NOW, this 10th day of July, 2017, having considered the Government's Motion to Dismiss the Indictment, it is hereby ORDERED that the Government's Motion to Dismiss is GRANTED, and the Indictment against the above-captioned defendant is DISMISSED.

BY THE COURT:

_____
HONORABLE R. BARCLAY SURRICK
*Judge, United States District Court*

7/10/17 emailed to: AUSA Patchen 2cc: Marshals, 1cc: PTS